# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON REHEARING

## NO. 03-18-00062-CR

## Ex parte Jolando King

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-16-201710, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We withdraw the opinion and judgment dated March 7, 2018, reinstate the appeal, and substitute the following order in their place.

In our prior opinion, we dismissed the appeal for want of jurisdiction because it appeared untimely. The deadline for King to file his notice of appeal accompanied by a motion for extension of time was January 26, 2018. *See* Tex. R. App. P. 26.3. It initially appeared that King did not file his motion for extension of time to file his notice of appeal until January 30, 2018, although his notice of appeal was filed in the trial court on January 26, 2018. It has come to the Court's attention that King initially filed his motion for extension of time in this Court on January 26, 2018, without a notice of appeal. His notice of appeal was filed in this Court on January 29, 2018, and he subsequently refiled his motion for extension of time on January 30, 2018. Because his motion for extension of time was initially timely filed in this Court, and his

notice of appeal was filed in the trial court within 15 days of his deadline for filing the notice of appeal, we now grant the motion for extension of time to file the notice of appeal. *See id.*

It is so ordered March 8, 2018.


Before Justices Puryear, Pemberton, and Bourland

Do Not Publish